UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARLES SIMON

      Plaintiff,

      v.                                          C.A. No. 24-12901-MJJ

UNITED STATES OF AMERICA, et al.,

      Defendants.

## ORDER OF DISMISSAL

JOUN, D.J.

    In accordance with the Court's Memorandum and Order dated December 6, 2024, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED under 28 U.S.C. § 1915(e)(2)(B)(ii).

                                              By the Court,

Dated: December 6, 2024        /s/ Steve York
                                          Deputy Clerk